UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON LENELL ADAMS,

    Petitioner,                                   Case No. 1:14-CV-1073

v.                                                  HON. GORDON J. QUIST

MARY BERGHUIS,

    Respondent.
                                         /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On February 27, 2017, Magistrate Judge Kent issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus. The Court has reviewed the R & R recommending that the petition be denied. The R & R was duly served on the parties on February 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the amended R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the February 27, 2017, Report and Recommendation (ECF No. 30) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the February 27, 2017, Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated: March 17, 2017                                                    /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE